UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 4:44 pm, Jun 29, 2020

ORASAMA ANDREWS,

    Petitioner,

VS

WARDEN FLOURNOY,

    Respondent.

CASE NUMBER  CV217-105

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __29__ day of __June__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
SOUTHERN DISTRICT OF GEORGIA